FILED
2026 Apr-03  AM 08:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **SERENA JOSEPH,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 7:25-cv-1388-LCB-NAD** |
| | ) | |
| **JENNIFER BROTON,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## <u>ORDER</u>

On January 16, 2026, U.S. Magistrate Judge Nicholas A. Danella issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that the Court dismiss Serena Joseph's 28 U.S.C. § 2241 petition without prejudice as moot. (Doc. 14). No party has objected to the report and recommendation.

If a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the district court must review *de novo* those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Any portions of a Magistrate Judge's report that are unchallenged are reviewed for clear error. *Haywood v. Green*, 695 F.Supp.3d 1315, 1318 (N.D. Ala. Sept. 27, 2023). In its review, the district court may "accept, reject,

or modify, in whole or in part," the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1)(C).

Having reviewed the proposed findings and recommendations for clear error, the Court concludes that the Magistrate Judge's Report and Recommendation (Doc. 14) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. The Court therefore **DISMISSES** Joseph's § 2241 petition (Doc. 1) **WITHOUT PREJUDICE as moot.** All other pending motions are **DENIED as moot.**

The Clerk is **DIRECTED** to close this case.

**DONE** and **ORDERED** this April 2, 2026.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

2